**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

KYLE C. MAPLES,              )
                                  )
         Plaintiff,           )
                                  )
      v.                      )      No.  4:11-CV-0440-JCH
                                  )
MICHAEL J. ASTRUE,         )
Commissioner of Social Security,   )
                                  )
        Defendant.       )

**<u>ORDER</u>**

This matter is before the Court on plaintiff's motion to proceed in forma pauperis. Upon review of the financial affidavit, the Court has determined that plaintiff is unable to pay the filing fee. <u>See</u> 28 U.S.C. § 1915. Consequently, the Court will grant the motion.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion to proceed in forma pauperis [#2] is **GRANTED**.

**IT IS FURTHER ORDERED** that the Clerk shall issue process or cause process to issue on the complaint.

Dated this <u>22nd</u> day of March, 2011.

/s/ Jean C. Hamilton
JEAN C. HAMILTON
UNITED STATES DISTRICT JUDGE